UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT DIGREGORIO MARTIN,<br><br>　　　　Defendant. | Case No. 2:25-mj-00144-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Stipulation to Continue Bench Trial (ECF No. 6) is GRANTED.

　　IT IS FURTHER ORDERED that the Bench Trial currently scheduled for July 9, 2025 at 9:30 a.m., be vacated and continued to August 13, 2025 at the hour of 9:30 a.m. in Courtroom 3D.

　　DATED this 30th day of June, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3