# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ROBERT DIGREGORIO MARTIN,

        Defendant.

Case No. 2:25-mj-00144-EJY

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    At this time, the defendant wishes to proceed to trial on the charges. In light of defense counsel's schedule and another petty duty case that she has been helping prepare for trial as second chair, a continuance is necessary to adequately prepare Mr. Martin's case for trial as well. The defendant is out of custody and does not oppose the continuance.

2.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third request for a continuance of the bench trial.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the

1   opportunity within which to be able to effectively and thoroughly prepare for trial, taking into

2   account the exercise of due diligence.

3        The continuance sought herein is excludable under the Speedy Trial Act, Title 18,

4   United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18,

5   United States Code, § 316(h)(7)(B)(iv).

6                                  **ORDER**

7        IT IS THEREFORE ORDERED that the bench trial currently scheduled on October 22,

8   2025, at 9:30 a.m., be vacated and continued to February 4, 2026 at the hour of

9   9:30 a.m.

10       DATED this 16th day of October 2025.

11

12                       UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4