**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT DIGREGORIO MARTIN,

Defendant.

Case No. 2:25-mj-00144-EJY

**ORDER**

IT IS THEREFORE ORDERED that ECF No. 25 is GRANTED, the status check currently scheduled on July 30, 2026, at 9:30 a.m., is vacated and continued to October 7, 2026 at the hour of 9:30 a.m.

DATED this 18th day of July, 2026.



UNITED STATES MAGISTRATE JUDGE