Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Katherine A. Tanaka
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Katherine_Tanaka@fd.org

Attorney for Robert Digregorio Martin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT DIGREGORIO MARTIN,<br>Defendant. | Case No. 2:25-mj-00144-EJY<br><br>**STIPULATION TO CONTINUE STATUS CHECK**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and Between Todd Blanche, Attorney General of the United States, and Joseph S. Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Robert Digregorio Martin, that the status check currently scheduled on October 7, 2026 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Martin recently started a new job and needs additional time to get his finances situated so that he can complete the special conditions of his unsupervised probation.

2. The parties agree to the continuance.

3. The defendant is out of custody and does not object to the continuance.

This is the second request for a continuance.

DATED this 30th day of September, 2026.

RENE L. VALLADARES
Federal Public Defender

By _/s/Katherine A. Tanaka_
KATHERINE A. TANAKA
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By _/s/ Joseph S. Sciscento_
JOSEPH S. SCISCENTO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT DIGREGORIO MARTIN,

Defendant.

Case No. 2:25-mj-00144-EJY

**ORDER**

IT IS THEREFORE ORDERED that the status check currently scheduled on October 7, 2026, at 9:30 a.m., be vacated and continued to January 21, 2027 at the hour of 9:30 am.

Dated: 30th day of September, 2026

UNITED STATES MAGISTRATE JUDGE